

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

TX Holdings Corp d/b/a Sterling Park and Mercer Holdings Corp.,

\* From the 70th District Court of Ector County, Trial Court No. A24121408CV.

No. 11-25-00154-CV

\* August 21, 2025

Eaglehart Ranch, LLC

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. We dismiss TX Holdings Corp d/b/a Sterling Park's and Mercer Holding Corp.'s motion for extension of time to file their notice of appeal as moot. The costs incurred by reason of this appeal are taxed against TX Holdings Corp d/b/a Sterling Park and Mercer Holdings Corp.